**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DAVID C. LETTIERI,<br>        Petitioner,<br><br>        v.<br><br>C.O. FLAGG,<br>        Respondent. | )<br>)<br>)<br>)   Civil Action No.<br>)   25-10134-NMG<br>)<br>)<br>)<br>) |

**ORDER**

**GORTON, J.**

On May 12, 2025, the Court denied petitioner's motion (Docket No. 2) for leave to proceed in forma pauperis and dismissed the petition (Docket No. 1) for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 5).  The Court found that a habeas petition was not the proper vehicle to challenge Lettieri's claims.  Lettieri appealed this Court's decision. (Doc. No. 8).

The United States Court of Appeals for the First Circuit treated Lettieri's financial affidavit as a motion to proceed in forma pauperis and ordered the district court to review Lettieri's request in the first instance.  (Doc. No. 13).

A habeas petitioner seeking to appeal must pay the filing fee required by 28 U.S.C. §§ 1913 and 1917. To appeal in forma pauperis in a § 2241 proceeding, the petitioner must obtain pauper status under Federal Rule of Appellate Procedure 24(a).

Federal Rule of Appellate Procedure 24(a)(1) requires an appellant seeking to proceed in forma pauperis on appeal to file "an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims entitlement to redress; and (C) states the issues that the party intends to present on appeal." If the district court certifies that an appeal would not be taken in good faith, or otherwise denies leave to appeal in forma pauperis, the petitioner must move to proceed in forma pauperis in the appellate court. See Fed. R. App. P. 24(a)(4)-(5).

As the Court observed in its May 12, 2025 Memorandum and Order (Doc. No. 5), Lettieri's access-to-the-courts claim falls outside the Court's habeas jurisdiction and is not cognizable in a Section 2241 proceeding.  Lettieri has not sufficiently addressed the issue in his financial affidavit. (Doc. No. 13-1). Because the Court is without authority to grant Lettieri's requested relief, the Court finds that any appeal would not be taken in good faith.

Accordingly, the Court hereby CERTIFIES under Fed. R. App. P. 24(a) that any appeal would not be taken in good faith and DENIES the motion (Docket No. 13-1) to proceed in forma pauperis.  Pursuant to Fed. R. App. P. 24(a)(4)(A), the Clerk shall provide notice of this denial by providing a copy of this

2

Order to Lettieri and the United States Court of Appeals for the First Circuit. If Lettieri wishes to proceed in forma pauperis on appeal, he shall file a motion in the United States Court of Appeals for the First Circuit, accompanied by the necessary affidavit and a copy of this Order, within 30 days of receiving this Order. See Fed. R. App. P. 24(a)(5).

    **So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: June 29, 2026

3